Order issued: November 20, 2012

005016



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00324-CV

**ALVIN LEE, Appellant**

**V.**

**CHAI SUKUMPANTANASARN, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-09977**

## ORDER

We **GRANT** appellant's November 15, 2012 motion for an extension of time to file a reply

brief. Appellant shall file his reply brief on or before November 26, 2012.


ELIZABETH LANG-MIERS
JUSTICE